1  KAREN P. HEWITT
   United States Attorney
2  CARLA J. BRESSLER
   Assistant United States Attorney
3  California State Bar No. 134886
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6763
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA



FILED

MAY - 1 2008

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

08CR1377-JAH

11 UNITED STATES OF AMERICA,     )   Magistrate Case No. 08MJ1203
                                 )
12              Plaintiff,       )
                                 )   **STIPULATION OF FACT AND JOINT**
13     v.                        )   **MOTION FOR RELEASE OF**
                                 )   **MATERIAL WITNESS(ES) AND**
14 WILLIAM PINON (1),            )   **ORDER THEREON**
                                 )
15              Defendant.       )
   _____)   (Pre-Indictment Fast-Track Program)
16

17     **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carla J.

19 Bressler, Assistant United States Attorney, and defendant WILLIAM PINON, by and through and

20 with the advice and consent of Leila Morgan, counsel for defendant, that:

21     1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23 intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24 guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25 of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

26 and (v)(II).

27 //

28 CJB:kmm:4/22/08

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **May 19, 2008**.

4. The material witnesses, Sandra Mendez-Hernandez, Nancy Ochoa-De Bernal, Yamile Vargas-Hernandez and Daniel Bernal-Rios, in this case:

   a. Are aliens with no lawful right to enter or remain in the United States;

   b. Entered or attempted to enter the United States illegally on or about April 16, 2008;

   c. Were found in a vehicle driven by defendant in or near Tecate, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

   d. Were paying or having others pay on their behalf $2,000-2,500 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

   e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

   a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

   b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. William Pinon (1)   2   08MJ1203

1  of (an) unavailable witness(es); and,

2          c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),
3  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted
4  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
5  waives the right to confront and cross-examine the material witness(es) in this case.

6      6.    By signing this stipulation and joint motion, defendant certifies that defendant has
7  read it (or that it has been read to defendant in defendant's native language). Defendant certifies
8  further that defendant has discussed the terms of this stipulation and joint motion with defense
9  counsel and fully understands its meaning and effect.

10      Based on the foregoing, the parties jointly move the stipulation into evidence and for the
11  immediate release and remand of the above-named material witness(es) to the Department of
12  Homeland Security for return to their country of origin.

13      It is STIPULATED AND AGREED this date.

14                                  Respectfully submitted,

15                                  KAREN P. HEWITT
                                    United States Attorney
16

17  Dated: 5/1/08
                                    CARLA J. BRESSLER
18                                  Assistant United States Attorney

19  Dated: 5/1/08
20                                  LEILA MORGAN
                                    Defense Counsel for WILLIAM PINON
21

22  Dated: 4/30/2008
                                    WILLIAM PINON
23                                  Defendant

24
25
26
27
28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. William Pinon (1)       3                        08MJ1203

1 **O R D E R**

2 Upon joint application and motion of the parties, and for good cause shown,

3 **THE STIPULATION** is admitted into evidence, and,

4 **IT IS ORDERED** that the above-named material witness(es) be released and remanded
5 forthwith to the Department of Homeland Security for return to their country of origin.

6 **SO ORDERED.**

8 Dated: 5/1/08

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. William Pinon (1)    4    08MJ1203