# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Pinon

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)

CRIMINAL NO. 08mj1203-BLM

~~08CR1377-JAH~~

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~ / Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Nancy Ochoa-De Bernal

DATED:    5/1/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by

Deputy Clerk